UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GREEN MOUNTAIN HOLDINGS (CAYMAN) :
LTD.,
              Plaintiff, :
v. : **ORDER**
:
MARIANNE CALICCHIO FASULLO, JOHN : 21 CV 9504 (VB)
DOE, and JANE DOE, :
              Defendants. :
--------------------------------------------------------------x

    On November 16, 2021, plaintiff commenced the instant action against defendants.

    On November 30, 2021, the Clerk of Court issued summons as to the named defendant.

    On January 5, 2022, plaintiff docketed proof of service indicating service on the named and John Doe defendants on December 9, 2021. (Docs. ##12–13). Accordingly, defendants had until January 3, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

    To date, defendants have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

    Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default as to defendants by January 20, 2022, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by February 3, 2022. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: January 6, 2022
      White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge