

**Legal Services
of the Hudson Valley**

Protecting Rights
Promoting Justice

www.lshv.org

**WESTCHESTER**
90 Maple Avenue
White Plains, NY 10601
914-949-1305
914-949-6213 Fax

30 South Broadway
Yonkers, NY 10701
914-376-3757
914-376-8739 Fax

100 East First Street
Suite 810
Mount Vernon, NY 10550
914-813-6880
914-813-6890 Fax

One Park Place
Suite 202
Peekskill, NY 10566
914-402-2192
914-402-5185 Fax

**DUTCHESS**
331 Main Street
2nd Floor, Suite 200
Poughkeepsie, NY 12601
845-471-0058
845-471-0244 Fax

**ULSTER**
550 Aaron Court
Kingston, NY 12401
845-331-9373
845-331-4813 Fax

**ORANGE/SULLIVAN**
One Corwin Court
Suite 102
Newburgh, NY 12550
845-569-9110
845-569-9120 Fax

60 Erie Street
Suite 201
Goshen, NY 10924
845-495-4305
845-360-5038 Fax

309 E. Broadway
Monticello, NY 12701
845-569-9110
845-569-9120 Fax

**ROCKLAND**
7A Perlman Drive
Spring Valley, NY 10977
845-476-3831
845--352-0832 Fax

July 5, 2022

The Honorable Vincent L. Briccetti, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Via ECF*

    Re:    *Green Mountain Holdings (Cayman) Ltd. v. Fasullo,*
           No. 7:21-cv-09504; Joint Status Letter

Dear Honorable Judge Briccetti,

Legal Services of the Hudson Valley (LSHV) submits this joint letter on behalf of the parties after discussion with Plaintiff's counsel on July 1, 2022.

Per the joint letter from counsel dated May 5, 2022, the Defendant has applied for and been approved for reinstatement assistance from the New York State Homeowner's Assistance Fund (HAF). Reinstatement funds from the program will constitute a full settlement of the above-captioned matter.

Pursuant to calls with escalation contacts at the HAF program, after Defendant's approval there was an unspecified delay in processing her application and remitting payment to the Plaintiff. HAF has been provided with updated reinstatement figures and expects to be able to process the application and remit the funds in the coming weeks.

As such, the parties fully expect this matter to be settled and ripe for discontinuance once the same has occurred. We respectfully request that the Court extend the time to file a stipulation to discontinue this matter or to provide the Court with a further status update if settlement has not been completed.

Sincerely,
/s/
Sherry Kwo, Esq.
Legal Services of the Hudson Valley
*Attorneys for Defendant Marianne Calicchio- Fasullo*
1 Corwin Court, Suite 102
Newburgh, NY 12550


**LSC** | America's Partner
for Equal Justice
LEGAL SERVICES CORPORATION